IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY M. KOEGEL FERTEL-RUST,

    Plaintiff,

v.

USA DEPT. OF JUSTICE and
WIS. DEPT. OF JUSTICE,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-545-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed on her claims and dismissing this case for failure to state a claim upon which relief may be granted.

_____      _1/15/13_
Peter Oppeneer, Clerk of Court            Date